**FILED**

NOV 0 5 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>I N D I C T M E N T</u> |
| | ) | **3:25cr554** |
| Plaintiff, | ) | |
| | ) | Judge Knepp |
| v. | ) | CASE NO. Magistrate Judge Clay |
| | ) | Title 26, United States Code, |
| MARQUAN DARNELL COMBS, | ) | Sections 5841, 5861(d), and 5871 |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>COUNT 1</u>

(Receipt or Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), and 5871)

The Grand Jury charges:

1.      On or about April 16, 2025, in the Northern District of Ohio, Western Division, Defendant MARQUAN DARNELL COMBS knowingly received and possessed a firearm, to wit: a Palmetto State Armory, model PA-15, 5.56mm caliber firearm, bearing serial number SCB520292, and further defined as a rifle having a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

<u>FORFEITURE</u>

The Grand Jury further charges:

2.      The allegations of Count 1 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).  As a result of the foregoing offenses,



Defendant MARQUAN DARNELL COMBS, shall forfeit to the United States all firearms involved in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.